COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00408-CR

 

 


 
 
 Roberto Arley Rodriguez a/k/a Roberto Rodriguez
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 372nd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Roberto Arley Rodriguez a/k/a Roberto Rodriguez attempts to appeal from his
conviction for aggravated robbery with a deadly weapon.  The trial court’s
certification states that this is “a plea-bargain case, and the defendant has
NO right of appeal.”  See Tex. R. App. P. 25.2(a)(2).  On September 4,
2012, we notified Rodriguez that the appeal would be dismissed pursuant to the
trial court’s certification unless he or any party desiring to continue the
appeal filed a response on or before September 14, 2012, showing grounds
for continuing the appeal.  See Tex. R. App. P. 25.2(d), 44.3.  We
received a response, but it does not show grounds for continuing the appeal. 
Therefore, in accordance with the trial court’s certification, we dismiss the
appeal.  See Tex. R. App. P. 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  October 11, 2012

 

 



 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00408-CR

 

 


 
 
 Roberto
 Arley Rodriguez a/k/a Roberto Rodriguez
  
  
 v.
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 372nd District
 Court
  
 of
 Tarrant County (1279881D)
  
 October
 11, 2012
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed.

 

SECOND DISTRICT COURT OF APPEALS

 

 

PER CURIAM

 









[1]See Tex. R. App. P. 47.4.